FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D20-1457
_____

TERRANCE MCGILL,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.


September 25, 2020


PER CURIAM.

The petition alleging ineffective assistance of appellate
counsel is denied on the merits.

B.L. THOMAS, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Terrance McGill, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.